

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUTHER RYALS, JR.** *Petitioner-pro se* | : | **CIVIL ACTION** |
| v. | : | **NO. 14-2467** |
| **COMMONWEALTH OF PENNSYLVANIA, *et al.*** *Respondents* | : | |

FILED
MAY 15 2015
MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

# ORDER

**AND NOW**, this 15th day of May 2015, upon careful and independent consideration of the petition for a writ of habeas corpus and brief in support, the response, the reply, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, to which no objections have been filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED AND DISMISSED** without an evidentiary hearing;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that jurists of reason would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

______________________________
**NITZA I. QUIÑONES ALEJANDRO, J.**